Monte J. White & Associates, PC
Larry Lewis
402 Cypress, Suite 310
Abilene, TX 79601
(325) 673-6699
ecfabilene@montejwhite.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

IN RE:
Geraldine Lajuana Turner            §  CASE NO. 12-10210-RLJ-13
                                    §
                                    §  HEARING DATE: 8/26/2013
DEBTOR(s)                           §  HEARING TIME: 11:00 A.M.

<u>AMENDED FIRST MODIFICATION OF CHAPTER 13 PLAN AFTER CONFIRMATION</u>

DATE: 07/02/2013

Pursuant to 11 USC 1329, the Debtor(s) (per the undersigned attorney) or the Standing Chapter 13 Trustee, requests the following Modification of Debtor(s) Confirmed Plan herein:

I. <u>HISTORY OF THE CASE</u>

1. Date Case Filed:  7/20/2012

2. Date of Section 341 Meeting: 8/24/2012

3. First Payment Date:  8/19/3023

4. Date of Confirmation: 10/5/2012

5. Total Plan Term Prior to this Modification: 60

6. Number of Months from First Payment Date through month prior to estimated month of Modification Approval:   12

7. Remaining Plan Term (subtract item 6 from the lesser of item 5 or 60 months): 48

8. Amount of Arrears through the month prior to the date the Modification is filed: $400.00

9. Date plan payments are to resume: 8/19/2013

10. Total Payments Paid to the Trustee through the month prior to the date the Modification is filed with the clerk: $4,000.00

11. Total payments due to the Trustee through the month prior to the date the Modification is filed with the clerk:  $4,400.00

12. Total Payments Due to the Trustee from the month the Modification is filed to the month the Modification is set for approval: $800.00 (includes June & July arrears)

13. List Dates of any Prior Orders Modifying, Interlocutory Orders, or Special Supervision Orders: TRCC 4/24/2013

II. MODIFICATION REQUESTED
(CHECK 1 OR MORE OF THE FOLLOWING 4 CHOICES)

   x        DECREASE monthly payment from $400.00 per month to $275.00 per month
(must coincide with resume date shown in item 9 above)

Any arrears indicated in item 8 above shall be cured by the following method: Debtor will make up arrears for June & July 2013 by paying an additional $17.00 per month for 48 months beginning with August 2013 payment. Debtor shall pay a total of $292.00 per month for the remaining 48 months of the plan.

III. RESUMPTION OF PAYMENTS TO THE TRUSTEE
(All information below must be complete)

Payments can only change as of the month the modification is approved. Payments to the Trustee in the amount of $275.00 will resume on or before 8/19/2013 for 48 months (item 7 above) remaining in the Modified Plan as of the date the modification is approved.

Base amount will change from $24,000.00 to $18,000.00

If the base amount has changed complete the following:

1. Total Paid in as of the month prior
to Modification Approval:                           $4,000.00 (paid through May 2013)

2. (+)Plus Total Payments to be made
through the Remainder of Plan:                     $816.00     (arrears through July 2013)

                                                                     $13,200.00 beginning August 2013

3. (=) New Base Amount                             $18,016.00

IV. TREATMENT OF UNSECURED CREDITORS

Unsecured creditors are not guaranteed a dividend when a plan is confirmed. See general order 2006-1. Allowed general unsecured claims may receive a pro-rata share of the unsecured creditors' pool, but not less than the section 1325(a)(4) amount of non-exempt property less allowed administrative and priority claims, after the TRCC becomes final. A proof of claim must be timely filed to be allowed.

V. SECURED, PRIORITY OR SPECIAL CLASS TREATMENT

ADD/DELETE/SURRENDER/CHANGE the following Secured, Priority or Special Class Unsecured Creditor(s):

C/D;A=ADD;D = DELETE; S = SURRENDER; CF = CHANGE FROM; CT = CHANGE TO

| Code | Name | Class | Amount | Collateral Value | Interest | Treatment |
|---|---|---|---|---|---|---|
| CT | | S-Frontier Motor Co. | Pickup | $9,632.96 | | $262.80 per month |

Note: Changes to any creditors above shall not be effective until the Modification is approved.

VI. ATTORNEY FEES

Debtor's attorney shall be allowed an additional fee for this Modification in the total amount of $350.00 plus $50.00 in costs, of which $400.00 will be paid through the Plan by the Trustee.

VII. REASON FOR MODIFICATION

This modification is requested for the following reason(s): Debtor has lost her job. Her son is currently supporting her and contributing to the Chapter 13 plan payment.

VIII. BUDGET INFORMATION

At the time of filing this modification the debtor shall provide a filed marked copy of the current budget (schedules I & J) and the three most recent pay stubs to the Trustee.

See Amended Schedules I & J on file with the Court.

Respectfully submitted,

/s/Larry Lewis
Attorney for Debtor(s)

CERTIFICATE OF SERVICE

I certify that a true copy of the above and foregoing Modification of Plan After Confirmation has been served by me on 07/17/2013, on all parties on the attached matrix, by ECF and/or United States First Class Mail, proper postage affixed.

/s/Larry Lewis
Attorney for Debtor(s)

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0539-1<br>Case 12-10210-rlj13<br>Northern District of Texas<br>Abilene<br>Tue Jul  2 14:51:46 CDT 2013 | 306 Federal Building<br>1205 Texas Avenue<br>Lubbock, TX 79401-4037 | Atmos Energy<br>PO Box 650653<br>Dallas, TX 75265 |
| Cavalry Portfolio Services<br>500 Summit Lake Drive, Ste 400<br>Valhalla, NY 10595-2322 | (p)DIRECTV LLC<br>ATTN BANKRUPTCIES<br>PO BOX 6550<br>GREENWOOD VILLAGE CO 80155-6550 | EZ Loan<br>3202 N. 1st, Suite F<br>Abilene, TX 79603-7039 |
| Frontier Motors<br>4609 N First<br>Abilene, TX 79603-6540 | Geraldine Lajuana Turner<br>749 Briarwood St.<br>Abilene, TX 79603-5703 | Internal Revenue Service<br>1100 Commerce<br>MC 5029 DAL<br>Dallas, TX 75242-1100 |
| (p)INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 | Jefferson Capital Systems LLC<br>PO BOX 7999<br>SAINT CLOUD MN 56302-7999 | Kern Sch Fcu<br>4530 Ming Avenue<br>Bakersfield, CA 93309-4820 |
| Monte J. White & Associates, P.C.<br>402 Cypress, Suite 310<br>Abilene, TX 79601-5151 | Nco Fin-09<br>Attention: Bankruptcy<br>507 Prudential Rd<br>Horsham, PA 19044-2308 | Nrthn Resol<br>Po Box 566<br>Amherst, NY 14226-0566 |
| Professional Finance C<br>5754 W 11th St Ste 100<br>Greeley, CO 80634-4811 | Quantum3 Group LLC as agent for<br>Galaxy Asset Purchasing LLC<br>PO Box 788<br>Kirkland, WA  98083-0788 | Radiology Associates of Abilene<br>PO Box 2898<br>Abilene, TX 79604-2898 |
| Rs Clark And Associate<br>12990 Pandora Dr Ste 150<br>Dallas, TX 75238-5256 | The Aaa Company<br>131 W Twohig Ave<br>San Angelo, TX 76903-6436 | Us Dept Of Education<br>Attn: Borrowers Service Dept<br>PO Box 5609<br>Greenville, TX 75403-5609 |
| West Central TX Collections<br>PO Box 2586<br>Abilene, TX 79604-2586 | West Texas Radiology<br>3280 Joe Battle Blvd.<br>El Paso, TX 79938-2622 | Geraldine Lajuana Turner<br>7742 Carol Way<br>Frankston, TX 75763-3348 |
| Pamela Jean Chaney<br>Monte J. White & Associates, P.C.<br>American State Building<br>402 Cypress, Ste. 310<br>Abilene, TX 79601-5151 | UST U.S. Trustee<br>1100 Commerce Street<br>Room 976<br>Dallas, TX 75242-1011 | Walter 12,13 OCheskey<br>6308 Iola Avenue<br>Lubbock, TX 79424-2735 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Direct TV<br>PO Box 70014<br>Boise ID 83707-0114 | Internal Revenue Service<br>PO Box 21126<br>Philadelphia, PA 19114 | End of Label Matrix<br>Mailable recipients 26<br>Bypassed recipients 0<br>Total 26 |